543 U.S. 902
 ACOSTA-MARTINEZ
v.
UNITED STATES;
GONZALEZ-FLOTA
v.
UNITED STATES;
GUZMAN-SANCHEZ
v.
UNITED STATES;
HERNANDEZ-ALVAREZ
v.
UNITED STATES;
NORIEGA-CISNEROS, AKA NORIEGA, ET AL.
v.
UNITED STATES;
ORTIZ-GALINDO
v.
UNITED STATES;
PASILLAS-MARTINEZ
v.
UNITED STATES; and
SOLORZANO-PALMAS, AKA SOLORZANO
v.
UNITED STATES.
 No. 04-5492.
 Supreme Court of United States.
 October 4, 2004.
 
 1
 C. A. 5th Cir. Certiorari denied. Reported below: 95 Fed. Appx. 108 (seventh judgment), 621 (first judgment), 622 (fifth judgment), 636 (eighth judgment), 679 (sixth judgment), 680 (fourth judgment), and 681 (third judgment); 96 Fed. Appx. 190 (second judgment).